UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID MARK ONDIS,

    Plaintiff,

v.                                          CASE No. 5:10-CV-98-OC-18TGW

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____

## REPORT AND RECOMMENDATION

The plaintiff in this case seeks judicial review of the denial of his claims for Social Security disability benefits and supplemental security income payments.[*] The Commissioner of Social Security has filed an Unopposed Motion for Entry of Judgment with Remand pursuant to sentence four of 42 U.S.C. 405(g) and 1383(c)(3), and has requested a remand of the matter to the Commissioner for further proceedings (Doc. 22). The motion represents that the plaintiff does not oppose the granting of the motion.

_____

[*] This matter comes before the undersigned pursuant to the Standing Order of this court dated January 5, 1998. See also Local Rule 6.01(c)(21).

In light of the plaintiff's lack of objection, I recommend that the motion be granted and that judgment be entered pursuant to sentence four of 42 U.S.C. 405(g) and 1383(c)(3), reversing the decision of the Commissioner and remanding the matter for further administrative proceedings.

Respectfully submitted,

DATED: MARCH /, 2011

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).