# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID MARK ONDIS,**

       **Plaintiff,**

-vs-                           **Case No. 5:10-cv-98-OC-18TGW**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

       **Defendants.**

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on defendant's Unopposed Motion for Remand pursuant to sentence four of 42 U.S.C. § 405(g) and 1383(c)(3) (Doc. No. 22). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The motion is **GRANTED** and that **JUDGMENT** be entered pursuant to sentence four of 42 U.S.C. § 405(g) and 1383(c)(3), reversing the decision of the Commissioner and **REMANDING** the matter for further administrative proceedings. Clerk of the Court is directed to **CLOSE** the case pending resolution of the proceedings on remand.

**DONE** and **ORDERED** in Orlando, Florida, this 2nd day of March, 2011.

                                                G. KENDALL SHARP
                                              SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record