UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAVID MARK ONDIS,**

           Plaintiff,

-vs-                                          Case No. 5:10-cv-98-OC-18TGW

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

           Defendant.

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's Unopposed Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. Section 2412 (Doc. 26). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the parties, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Therefore, plaintiff's motion is **GRANTED** and that the plaintiff be awarded the amount of **$2,450.84** in attorney's fees to be paid by the defendant pursuant to the EAJA.

It is **SO ORDERED** in Orlando, Florida, this _____8_____ day of July, 2011.

                                                    G. KENDALL SHARP
                                                    Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge